Timothy Mackel Smith
1907 Borer Avenue
Mobile, AL 36610

August 3, 2015

Honorable Charles Butler
United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL  36602

Re:     **Untied States vs. Timothy Mackel Smith**
        **DOB: 7/13/77**

Dear Judge Butler:

Please allow this correspondence to serve as my formal request for consideration of early termination of probation. Based upon the following merits, I present to this honorable court the following:

I have successfully reentered and matriculated into society as a productive citizen; I served a prison term for thirteen and half years; my release date was September 23, 2011; I have obtained my GED, there are no outstanding financial obligations related to my case and I have been successfully employed since leaving the halfway house.

I sincerely thank you for your attention and consideration into this matter. Should you have any additional questions, please do not hesitate to contact me.

Respectfully submitted,

*T. Smith*

Timothy Mackel Smith

cc: Thomas Cost, probation officer

Timothy Smith
1907 Borer. AVE
Mobile, ALA 36610



Charles Butler
United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602